Colella Liquor License Case.
Brentwood Borough School District Appeal.

Argued October 3, 1952. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS, ARNOLD and GUNTHER, JJ.

*Arthur Wessel, Jr.*, with him *George L. Hilty*, for School District of Borough of Brentwood, appellant.

*Anthony R. McGrath*, with him *Robert L. Prior*, for applicant, appellee.

*G. W. Musser*, Special Deputy Attorney General, with him *Horace A. Segelbaum*, Deputy Attorney General and *Robert E. Woodside*, Attorney General, for Pennsylvania Liquor Control Board, appellee.

PER CURIAM, January 19, 1953:
The Court being equally divided in opinion as to the disposition of this case, the order is affirmed.